Opinion issued February 26, 2009









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00811-CV

____________


JOSEPH VALLONE, Appellant


V.


HV RESTAURANT ASSOCIATES, INC. RO RESTAURANT
ASSOCIATES, INC., WOODWAY RESTAURANT ASSOCIATES, INC.,
HV RESTARTANT PARTNERS, LTD., RO RESTAURANT PARTNERS,
LTD., WOODWAY RESTAURANT PARTNERS, LTD., MONTROS
RESTAURANT ASSOCIATES, INC.; TONY VALLONE, MARGOLIS,
PHIPPS & WRIGHT, P.C.; AND WEINSTEIN SPIRA & COMPANY, P.C.,
Appellees






On Appeal from the 152nd District Court

Harris County, Texas

Trial Court Cause No. 2004-19747






MEMORANDUM OPINION

 The parties have filed a joint motion to dismiss the appeal. No opinion has
issued. Accordingly, the motion is granted, and the appeal is dismissed. Tex. R.
App. P. 43.2(f).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Jennings, Keyes, and Higley.